No. 920. Fogarty v. United States. C. A. 5th Cir. Certiorari denied. *C. Anthony Friloux, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 929. Bryson v. United States. C. A. 9th Cir. Certiorari denied. *George Gladstein, George R. Andersen* and *Norman Leonard* for petitioner. *Solicitor General Rankin* for the United States.

No. 873. Gibson et al. v. Florida Legislative Investigation Committee. Supreme Court of Florida. Certiorari denied. The Chief Justice, Mr. Justice Black, and Mr. Justice Douglas are of the opinion that certiorari should be granted. *Robert L. Carter* for petitioners.

No. 749, Misc. Christy v. United States. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 803, Misc. Pitts v. United States. C. A. 9th Cir. Certiorari denied. *Edgar Paul Boyko* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 807, Misc. Canty v. United States. C. A. 2d Cir. Certiorari denied. *Joseph Calderon* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.